IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
|---|---|---|
| v. | : | DATE FILED: |
| TALIYM SMITH-GRAVES | : | VIOLATIONS:<br>18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count) |
| | : | 18 U.S.C. § 922(g)(1) (possession of ammunition by a felon – 1 |
| | : | count)<br>Notice of forfeiture |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about March 6, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TALIYM SMITH-GRAVES**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Rock River Arms, model LAR-15, semiautomatic pistol, caliber .223 Remington, with a Rock River Arms lower receiver bearing serial number KT1022917, loaded with 22 live rounds of .223/5.56 x 45 mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

THE GRAND JURY CHARGES THAT:

On or about March 6, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### TALIYM SMITH-GRAVES

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed ammunition, that is, at least one of the following: 28 live rounds of .40 S&W caliber ammunition loaded inside of a .40 caliber Polymer80 semi-automatic pistol privately manufactured firearm ("ghost gun") with no serial number, 22 live rounds of .223/5.56 x 45 mm ammunition loaded inside of a Rock River Arms, model LAR-15, semiautomatic pistol, caliber 223 Remington, with a Rock River Arms lower receiver bearing serial number KT1022917, and seventy live rounds of .223/5.56 x 45 mm ammunition, and the ammunition was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**TALIYM SMITH-GRAVES**

shall forfeit to the United States of America all firearms and ammunition involved in the commission of this offense, including but not limited to:

1. a Rock River Arms, model LAR-15, semiautomatic pistol, caliber 223 Remington, with a Rock River Arms lower receiver bearing serial number KT1022917;
2. twenty-two live rounds of .223/5.56 x 45 mm ammunition;
3. seventy live rounds of .223/5.56 x 45 mm ammunition;
4. twenty-eight live rounds of .40 S&W caliber ammunition; and
5. a .40 caliber Polymer80 semi-automatic pistol privately manufactured firearm.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 924(d).

A TRUE BILL:

███████████████████
GRAND JURY FOREPERSON

_____
JACQUELINE C. ROMERO
United States Attorney

No._____

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

TALIYM SMITH-GRAVES

INDICTMENT

**18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 1 count)**
**18 U.S.C. § 922(g)(1) (possession of ammunition by a felon – 1 count)**

Foreperson

Filed in open court this \_\_2nd\_\_ day,
Of \_\_May\_\_ A.D. 2023

Foreperson

Bail, $_____